# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Deborah M. Golden  )
*Plaintiff*  )
 )
v.  )  Civil Action No. 23-CV-2116
Federal Bureau of Prisons  )
*Defendant*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Federal Bureau of Prisons
320 First St. NW
Washington, DC 20534

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Gerstein
Samuel Rosen (pro hac vice application forthcoming)
Gerstein Harrow LLP
810 7th Street NE, Suite 301
Washington, DC 20002

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date: 07/24/2023

Luileadny J. Navas Gonzalez

Digitally signed by Luileadny J. Navas Gonzalez
Date: 2023.07.24 14:13:38 -04'00'

*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Deborah M. Golden )
*Plaintiff* )
)
v. ) Civil Action No. 23-CV-2116
)
Federal Bureau of Prisons )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

U.S. Attorney
Civil Process Clerk
U.S. Attorney's Office for DC
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Gerstein
Samuel Rosen (pro hac vice application forthcoming)
Gerstein Harrow LLP
810 7th Street NE, Suite 301
Washington, DC 20002

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 07/24/2023

Luileadny J. Navas Gonzalez — Digitally signed by Luileadny J. Navas Gonzalez
Date: 2023.07.24 14:15:26 -04'00'

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Deborah M. Golden )
*Plaintiff* )
)
v. )   Civil Action No. 23-CV-2116
Federal Bureau of Prisons )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530nnsylvania Avenue, NW, Washington DC 20530-0001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Gerstein
Samuel Rosen (pro hac vice application forthcoming)
Gerstein Harrow LLP
810 7th Street NE, Suite 301
Washington, DC 20002

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 07/24/2023

Luileadny J. Navas Gonzalez    Digitally signed by Luileadny J. Navas Gonzalez
Date: 2023.07.24 14:16:55 -04'00'

*Signature of Clerk or Deputy Clerk*