Civil Action No. 23-CV-2116

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federal Bureau of Prisons
was received by me on *(date)* 07/24/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I mailed copies of the summons and complaint via certified mail to Director Colette S. Peters, Federal Bureau of Prisons, 320 First St. NW, Washington, DC 20534. On 08/01/2023 the United States Postal Service marked the package as delivered.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/10/2023

*Server's signature*

Samuel Rosen, Associate, Gerstein Harrow
*Printed name and title*

Gerstein Harrow
810 7th St. NE, Ste. 301
Washington, DC 20002
*Server's address*

Additional information regarding attempted service, etc: