UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBORAH M. GOLDEN,

*Plaintiff,*

v.

FEDERAL BUREAU OF PRISONS,

*Defendant.*

Civil Action No. 23-2116 (ACR)

## JOINT STATUS REPORT

Pursuant to the Court's September 27, 2023 Minute Order, Defendant, Federal Bureau of Prisons ("BOP"), and Plaintiff Deborah M. Golden, submit this joint status report to advise the court as to (1) the status of Plaintiff's Freedom of Information ("FOIA") request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.

On July 20, 2023, Plaintiff filed her Complaint, which seeks records related to a client whom she is representing in another matter. *See* Compl., ECF No. 1 ¶¶ 8–10. Defendant answered the Complaint on September 22, 2023. *See* Answer, ECF No. 16.

Currently, BOP has completed an initial search for all records responsive to Plaintiff's FOIA request, which yielded approximately 5,965 pages. After conferring with Plaintiff, BOP agreed to prioritize processing all psychological and medical documents first, and in that order, before proceeding with any other responsive records. BOP is also currently processing these records at a rate of approximately 500 pages of non-exempt information by the 30th of each month.

BOP made its first interim release of non-exempt responsive information on September 20, 2023, for which it reviewed 734 pages of records.  BOP expects to make its next release of non-exempt responsive information on or before October 30, 2023.  Separately, in response to a lead for additional documents, BOP is currently conducting an additional search for all responsive records, and will advise Plaintiff on the number of documents gathered in that additional search, should it prove fruitful.  BOP will continue, in the meantime, to make rolling productions as just outlined in the above schedule.  After that, the parties will confer to determine whether there remain any additional issues to address, in an attempt to resolve this case or as many issues contained within it, outside litigation.

At this point, the parties do not believe that a motion to stay under *Open America*, is necessary.  In addition, because production is ongoing, the parties are not able to anticipate whether summary judgment briefing will be necessary.

*        *        *

In light of the above status, the parties respectfully propose that they be allowed to file a further joint status report in approximately ninety days, or by January 9, 2023 to further apprise the Court of their progress in this matter.

Date: October 10, 2023

Respectfully submitted,

*/s/ Samuel Rosen*

Samuel Rosen
GERSTEIN HARROW LLP
810 7th St. NE, Suite. 301
Washington, DC 20002
(857) 228-4386
sam@gerstein-harrow.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Anna D. Walker*
ANNA D. WALKER
Assistant United States Attorney
601 D. Street, NW
Washington, District of Columbia 20530
Telephone: (202) 252-2544
Anna.Walker@usdoj.gov

*Counsel for the United States of America*